*United States Bankruptcy Court*
*For the District of Massachusetts*
*Eastern Division*

|  |  |
|---|---|
| **Marcia Louise Callahan** ) ) ) ) Debtor ) ) | Case No. **06-13513** Chapter **11** |

## Certificate of Service

The undersigned certifies that a true copy of the Court's Order for the rescheduled February 5, 2014 Nonevidentiary Hearing: Motion for Entry of Final Decree was filed with the Court in a manner appropriate for automated service of true electronic images to all ECF Registrants, including the Case Trustee and the U.S. Trustee and any party who has filed an appearance and requested service of all notices and pleadings.

Date:   January 23, 2014          /s/ L. Jed Berliner, Esquire
                                   L. Jed Berliner, Esquire

**BERLINER LAW FIRM**
95 STATE STREET, SUITE 1010
SPRINGFIELD, MA 01103-2081

As to Carl Ferdinand Giovi MD five 63047
As to Daniel Frederick Galvin MD Drive 63047

