# UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Marcia L. Callahan      **Case Number:** 06-13513    **Ch:** 11

**Matter:**
#363 Motin for Final Decree (J. Berliner)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

___ Granted ___ Denied ___ Approved ___ Sustained

___ Denied ___ Denied without prejudice ___ Withdrawn in open court ___ Overruled

___ OSC enforced/released

___ Continued to: _____ For: _____.

___ Formal order/stipulation to be submitted by: _____ Date due: _____.

___ Findings and conclusions dictated at close of hearing incorporated by reference

___ Taken under advisement: Brief(s) due: _____ From _____.

               Response(s) due: _____ From _____.

___ Fees allowed in the amount of: $ _____ Expenses of: $ _____.

___ No appearance/response by: _____.

___ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Due to the impending snow storm the Court hereby vacates the hearing assignmnet of Feb. 5, 2014 and reschedules the hearing to Feb 6, 2014 at 10:15 a.m. Movant to notify parties of the new hearing date and submit a certificate of service to the court.

IT IS SO NOTED:        IT IS SO ORDERED:

_____    *William C. Hillman*   Dated: 02/04/2014
Courtroom Deputy         William C. Hillman, U.S. Bankruptcy Judge