## United States Bankruptcy Court
## For the District of Massachusetts
## Eastern Division

In re )
**Marcia Louise Callahan**, ) Case No. **06-13513**
) Chapter **11**
Debtor. )

## FINAL DECREE AND ORDER CLOSING CASE

This matter having come before me upon the motion of the debtor seeking entry of a final decree and to close the case, and it appearing that there has been substantial consummation of the confirmed First Amended Plan, that all other requirements of Rule 3022-1 of MLBR have been satisfied at this time,

it is hereby ORDERED that this Chapter 11 case is closed.

*[signature]* 02/06/2014

Hon. William C. Hillman,
U.S. Bankruptcy Judge